AO 442 (Rev. 01/09) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED SEP 23 2016 ARTHUR JOHNSTON, BY _____ DEPUTY

United States of America
v.

TIMOTHY PERKINS
(Wherever Found)

*Defendant*

Case No.   3:16CR70 DPJ-LRA 03

RECEIVED SEP 14 2016 United States Marshal Southern District of Mississippi

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Timothy Perkins ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance. Possess with intent to distribute a controlled substance (aiding and abetting).

ARTHUR JOHNSTON, CLERK

Date:   09/08/2016

*Issuing officer's signature*

City and state:   Jackson, MS

T. Carruth, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   9-14-2016  , and the person was arrested on *(date)*   9-22-2016
at *(city and state)*   Houston, Tx  .

Date:   9-23-2016

For SA Rayner: _____
*Arresting officer's signature*

For SA Rayner: N. Roselli  DUSM
*Printed name and title*