# TIMOTHY PERKINS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Aug 23 2023

ARTHUR JOHNSTON, CLERK

By: _____ Deputy Clerk

August 21, 2023

Chief District Judge
 Daniel P. Jordan III
Courtroom 5A (Jackson)

Dear Judge Jordan,

Thank you for this opportunity I'm asking that the court be patient with me as there is a lot to unpack here.  And because my mind is slipping and I'm short of breath I needed help writing this. .  I've tried not to leave anything out thus the need for patience and understanding.

If I may I'll start from the beginning.  First day of court after I was detained .  The judge in Houston called my name and asked did I have representation my wife stood up and said yes Tucker Graves .  However she had called Mr. Graves all night and that morning with no awnser .  The judge then instructed her court reporter to get Mr. Graves number and call him in open court she then herself began to call Mr. Graves with no awnser .  At this point the judge my wife and her court reporter are all in open court calling Mr. graves no awnser .  The Houston judge then instructed the Marshalls that I would not be waiving extradition until after I was able to speak with Mr. Graves .

By the next morning Mr. Graves called and showed up to court .  The judge then took into consideration the very day the indictment was unsealed I was in a Yazoo Mississippi court room finalizing the ADOPTION of my mothers foster kids after her passing .  I had also brought my deathly ill sister back with us along with her special needs son .  With all of this I was given bond and time to make it while court was in session so that I would not have to be taken back to detention .

This was the beginning of Mr. Graves continuous disregard for the court and myself the client .  If I may I'll go back some Mr. Graves upon my retaining him made it clear he did not take payments I would have to pay his fee upfront and his fee was one that was all INCLUSIVE .  Terms I agreed to willingly thus the exchange of funds for service was made .

My first court appearance in Jackson I was instructed to go to Mr. Harris office and that he would also be assisting in my case .  Mr. Graves began then to not awnser calls or text messages I was communicating with Mr. Harris .  After that court date Mr. Graves instructed me to take the plea and he would be with me and do his best. This was on a three way call .  By this time my already failing health had taken a turn for the worse and you instructed us then that I would not have to return to Mississippi we would find a local judge or make other arrangements .  Mind you when Mr. Graves did appear in court he had an empty yellow folder

much like the one I'm sure he has today .  I'd like the court if it can to ask him to open his file on myself .

This is when things got really bad and Mr. Graves became really distant .  He would only call when the courts basically made him show .  It would be the day before most times .  He never briefed me I didn't know what the proceedings would be and neither did he .  By now he had put this case in Mr. Harris hands and whatever he did we did .  If he could not contact Graves which many times he could not Mr. Harris would have to reschedule court or file motions or do whatever the courts required because Mr. Graves was not available or un responsive .  This I'm sure is on record there .

Then came Harvey , The laws Changed , and Covid .  During this time Mr. Harris stayed in communication .  He would awnser calls kept us up on dates as much as he could .  At a point and this too is a matter of record you during one of our zoom court dates asked that the camera be turned off and asked for medical records .  Your words then in open court was that you were letting people out with less issues than mine and you would not be taking me to jail .  Again you asked for my records and again we produced them I just don't think the courts ever got them and as time passed you like I'm sure many involved forgot the details of this case .  This was another egregious example of Mr. Graves being totally disrespectful of the court myself and Mr. Harris .  You've  asked for records at least 6 times we've ordered and paid for them and I'm guessing the only ones Graves submitted was the ones we printed out for him in the beginning .  I say this because both judges yourself and the one here have stood on your word Mr. Harris has stood on his word Mr. Graves has not.  If I'm wrong here I'll ask that the court pull the court reports and correct me .

Over the last seven years Mr. graves has victimized myself ,  the court , and Mr. Harris .  He is either a no show late show or no response.  And this is not just a me thing he does not respond to co-council and only responds to the court when he deems it necessary. The records will reflect his absence in motions filed  , arguments made , resets , and everything in between all have come from the tireless work of Mr. Harris .

Mr. Graves has treated all of us and the courts as though we're beneath him. We have text messages can pull phone logs and some recordings as proof of things stated here.

Let's fast forward now to April I believe I'm in the hospital battling ongoing sepsis and we have a zoom court date. Mr. Graves again let us know the night before we have no idea what's going on we thought as the judge had stated that he only needed records to move us off the docket Graves shows up 10 minutes before the zoom meeting asked a few questions of us and that was it holding again a clearly empty folder which represented his preparation for court this day .  You started out making sure I was able to keep up and asking Mr. Graves about his argument on my behalf an argument Mr. Graves clearly had not made Mr. Harris had.  Thus he could not elaborate on it and it was not long as should be recorded there before you asked him Mr. Graves you don't have a clue what I'm talking

about and it was a law my wife in the room was trying to Google and help Mr. Graves with and he had to admit to you and on record he had no clue he again assumed this was his last day dealing with this and you then asked him what made him think this was sentencing Mr. Graves you haven't filed a argument on behalf of  Mr. Perkins and he had nothing much to say Graves didn't .  You then reset and asked that Mr. Graves come to the next date prepared .

Now things become clear Mr. Graves leaves the hospital clearly dejected that he has to deal with this again and embarrassed by your open court reprimand .  He then calls my wife and ask for more money after he made it clear his was a set price for this case that he was paid upfront no payment plans.  We dismissed this because by now we were tired of being the victims of  Mr. Graves .  For 7 years he has not spoken to us a total of an hour not even a hour .  He has not presented medical information , he has not filed a motion , a continuance , his text messages are short and the day before court in most cases and this is if he bothers to respond to our concerns .  All this time we've had to rely on Mr. Harris .

Maybe a month or so ago Mr. Harris informed us he would make an argument on my behalf thus the back and forth with he and the prosecutor .  We had a date set for me to be briefed .  Mr. Graves again called the day before and assured me he would be with me for this so that everything worked out.  He not only did not show up he tapped into the zoom meeting late and if the recordings are available you again will see I struggled in places where council could have helped .  And Mr. Harris again when I got stuck a little tried to explain the question to me Mr. Graves said nothing .

Now the court sets a date again now Mr. Harris says I think we should subpoena the doctors .  He filed all the paper work got the subpoenas to Mr. Graves to be served .  I spoke with each doctor in clinic on the Wednesday before the Friday of court and none of them had received  their subpoenas .  I at this time alerted Mr. Harris there was no way we would be ready for court Friday .  We had a call that evening where Graves said he had emailed and faxed the subpoenas and Mr. Harris told him that would not be the proper way to serve Graves then said ok I'll have them served on Thursday before court by hand .  Each doctor or their reps called Mississippi stating the untimely delivery of their subpoenas and they could not make it not because they did not want to but because they did not have proper notice .  Two of my doctors expressed their desires to testify on my behalf one went so far as to call Mr. Graves disrespectful he and I have it as proof said he never met Graves and  he did not want to go on a zoom not knowing who he is speaking to and not knowing what or how to speak on my behalf .  I am very sick and he wants to be at his best explaining this to the courts .  He has a foreign tongue he worried about speaking too fast.  He said he has done this before and he has never not met with and prepared with council prior too  .  Again Mr. Graves just shows up and makes the attendance roll but never to work and that's what he was paid to do.  These are medical doctors I'm their patient they want to help the court understand my condition and life expectancy.  They're professionals with integrity they want the courts to respect their experience and they want to respect the courts this is not nor has it been the case with Mr. Graves .  When asked during that Wednesday call by my wife are we going to submit records and

character letters as well as give the court some idea of who I am aside from this Mr. Graves response was we're going to say what Mr. Harris said in his filing . He had nothing to add . And so as I'm sure you're aware again Mr. Harris had to reset again because Mr. Graves again failed to respect the courts or protect myself.

Now he is back trying to extort money from us we get a $700 bill and he is demanding that we pay the process server Roy he calls by his first name . Again we're refusing and asking that he produce a signed contract between he and myself stating that these cost were mine . He and I both knowing no such contract exist . Mr. Graves took my money thought he would have to show maybe 3 times and would ride off in the sun set . He and Roy delivered subpoenas late and he expects me to pay for them when they were totally useless and further more it was built into his all inclusive price .

He has held up the current subpoenas even after admitting there was no contract and that he wish he had asked for more money up front he has been on this case to long and needs us to help him with these cost . We declined not because we're not fair people but because Mr. Graves has yet to earn the money we paid him already . He has held us hostage for 7 years he has disrespected the courts and used and dismissed Mr. Harris for 7 years . We're all weary of his mishandling of this case and this court. Mr. Graves has handled this case much like I was a indigent as he is a court appointed attorney here however I paid him to represent me not the state.

He just last week as Mr. Harris is telling him let's get these subpoenas out let's get with the doctors the judge is not happy with our production let's get on this he tells my wife nobody works free you deliver the subpoenas yourself I'm not paying for anything else I paid Roy . Then he proceeds to send emails and faxes again and we tell him they will not accept them that way and we need to schedule meetings with doctors he then ask my wife to ask the doctors to accept the emails and faxes . So I'm assuming they still have not gone out . These are medical professionals like one said via zoom I've never met him I won't know who I'm talking to and that's not how we do this . My wife has told Mr. Graves time and again she would not ask the doctors to compromise their integrity on my behalf the truth would be suffice .

I'm sure I've left some things out here . But I thank you for listening . I apologize to the courts and to Mr. Harris we've all been victimized by Mr. Graves . While I don't want Mr. Harris to abandon me I completely understand why he would . If I had any other option I would have left too . But like I've said Mr. Graves did not take payments he took his all up front . I truly believe that had Mr. Graves gotten my records to the court when you requested we would not be here . But like he has for the past 7 years he puts on when the camera is on and when it's off he is a ghost . He has no consideration for anything or anyone .

Judge you much like the one here have been patient and thorough considerate and compassionate we haven't matched your energy and I've wanted to express this before but every time I've been told that's not how you address the court . I'm in

some way happy Mr. Harris grew tired cause it at least afforded me the opportunity to get this out .

I'm pretty sure if  Mr. Graves having been paid has not bothered to represent me here after this today it's only going to be worse .  I'm not sure what if there is anything I can do now .  My doctors have expressed their looking for the subpoenas and their eagerness to cooperate they want the courts to understand my dire conditions but it looks like again Mr. Graves is going to wait until just before court expecting nothing more than a check mark for attendance this is not fair to myself my doctors nor is it fair to the courts .  And like I said I'm pretty sure he is not happy with this meeting and I'm pretty sure it won't render any better results as far as effort on my behalf is concern .  I like Mr. Harris am at a impass.  Besides starting over which I clearly don't have the time (expectancy) nor the finance as Mr. Graves was paid already what are my options .

As we stand it's two days before my court date again  my doctors have expressed some concern about Mr Graves and have even reached out to him getting no response.  They've had their counsel reach out to the courts as well.  He has served subpoenas and expects them to show up like he does unprepared .  He is still on his time and more money something again we did not agree too and he did not require of us when we initially hired him .  Thank you again for listening.


Sincerely yours,

Timothy Perkins




TNTPERKS@GMAIL.COM